IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **STEVIE PORTER,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 5:22-cv-61-TES-CHW |
| | : | |
| Dep. Warden **DONAVON HAMILTON**, *et al.*, | : | |
| | : | |
| | : | Proceedings Under 42 U.S.C. §1983 |
| Defendants. | : | Before the U.S. Magistrate Judge |
| | : | |

## ORDER

The Court previously directed the Georgia Department of Corrections to provide additional information about two unserved defendants in the above-styled case. (Doc. 35). After receiving the GDOC's response, the clerk re-issued service for Dr. Fowles. (Docs. 39-41). The GDOC explained that the remaining defendant, Defendant Shepard, is a contract service provider but works out of Georgia Diagnostic Classification Prison. (Doc. 39, p. 2). No service paperwork has been reissued for Defendant Shepard.

Based upon the information provided by the GDOC, the Clerk of Court is **DIRECTED** to re-issue process for personal service upon Defendant Dr. Sharnn Shepard, who is employed by Centurion but works out of Georgia Diagnostic Classification Prison and may be served at the prison.

**SO ORDERED**, this 8th day of February, 2023.

s/ Charles H. Weigle_____
Charles H. Weigle
United States Magistrate Judge