IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **STEVIE PORTER,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 5:22-cv-61-CAR-CHW |
| | : | |
| Dep. Warden **DONAVON HAMILTON,** *et al.*, | : | |
| | : | |
| | : | Proceedings Under 42 U.S.C. §1983 |
| Defendants. | : | Before the U.S. Magistrate Judge |
| | : | |

## ORDER

Before the Court is Plaintiff's "Notice to Court Regarding Response to Summary Judgment." (Doc. 97). Plaintiff explains that he has completed his response briefs to the pending motions for summary judgment but states that he has encountered difficulties meeting the deadline and having copies made of his original documents due, in part, to the impacts of Huricane Helene.

The Court construes this motion as a request for extension of time to respond to Defendants' motions for summary judgment. Because of the number of pending motions for summary judgment and the well-documented impacts of Huricane Helene in the area of Augusta State Medical Prison, where Plaintiff is housed, Plaintiff's deadline for response is hereby extended until November 8, 2024. *For the purposes of this one filing only,* Plaintiff may send his response brief and exhibits to the Clerk of Court, for which docketing upon the Clerk's electronic filing system will constitute service upon Defendants, thus alleviating the need for Plaintiff to mail service copies. Plaintiff shall

1

include a cover letter with his response brief regarding whether he was able to make copies of his response and exhibits for his records. At that time, the Court will consider Plaintiff's request for copies to be provided to him free-of-charge.

    **SO ORDERED**, this 15th day of October, 2024.

                                        s/ Charles H. Weigle_____
                                        Charles H. Weigle
                                        United States Magistrate Judge