IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

STEVIE PORTER,     *

       Plaintiff,     *

v.     Case No. 5:22-CV-61-CAR-CHW

    *

Dep. Warden DONAVON HAMILTON, et. al.,

    *

       Defendants.

    *

## JUDGMENT

Pursuant to this Court's Order dated March 17, 2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 18th day of March, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk