**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **STEVIE PORTER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No. 5:22-CV-61-CAR-CHW** |
| | : | |
| | : | |
| **Dep. Warden DONAVON** | : | |
| **HAMILTON,** *et. al.,* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE OBJECTIONS
AND DENYING MOTION TO ALTER JUDGMENT**

Despite granting Plaintiff two extensions to file an objection to the Recommendation, Plaintiff did not file an objection, the time in which to do so expired, and this Court adopted the Magistrate Judge's Report and Recommendation to grant the remaining Defendants Dr. Sharnn Shepheard, Dr. Shirley Eugene, Dr. Joseph Fowlkes, and Dr. Sol Prebus' Motions for Summary Judgment because the undisputed facts showed that Defendants were not deliberately indifferent to Plaintiff's serious medical needs, there were no genuine issues of material fact, and Defendants were entitled to qualified immunity. Thereafter, Judgment was entered in favor of Defendants.

The same day the Court entered its Order, Plaintiff filed his third motion for extension of time to file an objection. After Judgment was entered, Plaintiff filed a Motion to Alter or Amend Judgment under Fed. R. Civ. P. 59(e).

Plaintiff's Motion for Extension of Time to File an Objection [Doc. 128] is **GRANTED.** Plaintiff must file his Objection on or before March 2, 2026. This will be Plaintiff's third and final extension of time to file an Objection.

Plaintiff's Motion to Alter or Amend Judgment Under Fed. R. Civ. P. 59(e) [Doc. 130] is **DENIED**. Upon the timely filing of any objection, the Court will review the Report and Recommendation *de novo* and alter the Judgment if necessary.

**SO ORDERED,** this 10th day of February, 2026.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT